OPINION — AG — WHEREIN AFTER REFERRING TO THE 1953 RE REGISTRATION ACT (26 O.S.H. 94.1 TO 26 O.S.H. 94.6) AND 26 O.S.H. 79, YOU IN EFFECT ASK IF A REGISTERED ELECTOR OF AN ELECTION PRECINCT IN THE CITY OF LAWTON, OKLAHOMA, " RE REGISTERS " IN SAID PRECINCT AS PROVIDED IN 26 O.S.H. 94.1 " WITHIN THE PERIOD OF MARCH 27 TO MARCH 31 " WOULD SUCH RE REGISTRATION QUALIFY SAID ELECTOR TO VOTE IN APRIL 6, 1954 ELECTION OF THE CITY? — AFFIRMATIVE CITE: 26 O.S.H. 94.1 (FRED HANSEN)